UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ELMOS D. HOPKINS,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN ROBERT DOOLEY, MARTY JACKLEY, THE ATTORNEY GENERAL OF THE STATE OF SOUTH DAKOTA;<br><br>    Respondents. | 4:17-CV-04082-LLP<br><br>ORDER FOR SERVICE |

  Petitioner, Elmos D. Hopkins, an inmate at the Mike Durfee State Prison in Springfield, South Dakota, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and a motion for stay and abeyance.

  Based upon the record,

  IT IS ORDERED that:

(1)  the Clerk of Court is directed to serve upon the respondents and the Attorney General of the State of South Dakota a copy of the petition and motion requesting stay and abeyance (Docket Nos. 1 & 3) and this Order;

(2)  respondents will file and serve a response to the petition and the motion for stay and abeyance within thirty (30) days after receipt of this Order. Respondents shall also file the complete state court records in Mr. Hopkins' state court case, as well as any and all state habeas cases.

  DATED this 26th day of June, 2017.

            BY THE COURT:

            _____
            VERONICA L. DUFFY
            United States Magistrate Judge